DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANDREW HORACE,**
Appellant,

v.

**NORTH BROWARD HOSPITAL DISTRICT,**
Appellee.

No. 4D2022-2766

[February 15, 2024]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Steven P. DeLuca, Judge; L.T. Case No. CONO-21-026109.

Andrew Horace, Boynton Beach, pro se.

Michael A. Rosenberg of Cole, Scott & Kissane, P.A., Plantation, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and GERBER, JJ., concur.

*            *            *

***Not final until disposition of timely filed motion for rehearing.***